UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:14-cv-00140-MOC

| | |
|---|---|
| **BRYAN HELTON,** | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| **CAROLYN W. COLVIN, Acting Commissioner of Social Security,** | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on defendant's Motion for Remand. Having considered such motion, and it appearing that plaintiff consents, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that on defendant's Motion for Remand is GRANTED, and this matter is remanded to the Commissioner for further administrative proceedings and development pursuant to Sentence Four of 42 U.S.C. § 405(g).

Signed: April 1, 2015



Max O. Cogburn Jr.
United States District Judge