UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:14-cv-00140-MOC

| | | |
|---|---|---|
| **BRYAN HELTON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **NANCY A. BERRYHILL, Acting Commissioner** | ) | |
| **of Social Security,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on counsel for plaintiff's Motion for Attorney's Fees under Section 406(b) of the Social Security Act. Having considered such motion and the Commissioner's Response and determined that the fee is reasonable based on the Affidavit of counsel, the retainer agreement, and review of the casefile, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that counsel for plaintiff's Motion for Attorney's Fees under Section 406(b) of the Social Security Act is **GRANTED**, as follows:

**IT IS ORDERED** that attorney fees be granted in the amount of $17,400.00, which represents less than 25% ($25,993.00) of the past due benefits awarded to the plaintiff, be remitted to The LAW OFFICES OF HARRY J. BINDER AND CHARLES E. BINDER, PC. Upon receipt of this sum, counsel for Plaintiff is directed to **REMIT** the previously awarded Equal Access to Justice Act fees of $6,452.37 directly to the Plaintiff. Nothing in this order will preclude Plaintiff's duly appointed representative(s) from requesting fees under 406(a) for time spent handling

Plaintiff's case before the Social Security Administration providing that the combined fees approved under 406(a) and 406(b) does not exceed 25% of the retroactive benefits awarded to the Plaintiff.

Signed: April 25, 2017

Max O. Cogburn Jr
United States District Judge